FILED ENTERED RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 17 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               )
      Plaintiff,              )
                               )
      v.                      )       2:12-CR-035-KJD (GWF)
                               )
JONATHAN GALANTE,              )
                               )
             Defendant.       )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 17, 2012, defendant JONATHAN GALANTE pled guilty to a Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant JONATHAN GALANTE agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Indictment and agreed to in the Plea Memorandum. Docket #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Indictment and agreed to in the Plea Memorandum and the offense to which defendant JONATHAN GALANTE pled guilty. #1.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

. . .

1       a.    a shotgun of an unknown make and model bearing serial number 2044; and

2       b.    any and all ammunition ("property").

3      This Court finds the United States of America is now entitled to, and should, reduce the

4 aforementioned property to the possession of the United States of America.

5      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

6 United States of America should seize the aforementioned property.

7      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

8 JONATHAN GALANTE in the aforementioned property is forfeited and is vested in the United

9 States of America and shall be safely held by the United States of America until further order of the

10 Court.

11      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

12 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

13 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

14 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

15 the name and contact information for the government attorney to be served with the petition,

16 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

17      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

18 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

19      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

20 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

21 following address at the time of filing:

22       Michael A. Humphreys
        Assistant United States Attorney
23       Daniel D. Hollingsworth
        Assistant United States Attorney
24       Nevada State Bar No. 1925
        Lloyd D. George United States Courthouse
25       333 Las Vegas Boulevard South, Suite 5000
        Las Vegas, Nevada 89101
26 . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5    DATED this _____ 17th _____ day of _____ April _____, 2012.

6

7

8    _____

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26